FILED
ASHEVILLE, N.C.
SEP 07 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF TRACKING DEVICES IN OR ON A BLUE/GRAY COLOIRED HONDA RIDGELINE DISPLAYING REGISTRATION NORTH CAROLINA PAK-912 AND VIN #2HJYK16567H537866 | ) CASE NO. 1:18mj102 )<br>) ORDER SEALING SEARCH WARRANT,<br>) APPLICATION AND AFFIDAVIT<br>)<br>)<br>)<br>) |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, requesting that the Search Warrant, Application for Search Warrant and Affidavit in support of the Search Warrant, along with the government's sealing motion and this Order be sealed until further order of this Court, in order to protect the secrecy and integrity of an ongoing criminal investigation (except for a copy of the Search Warrant only to be served at the premises), and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Search Warrant, Application for Search Warrant and Affidavit in support of the Search Warrant, along with the Government's Motion to Seal and this Order, shall be sealed and remain sealed until further order of this Court, except that a copy of the Search Warrant only shall be served at the premises to be searched.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 7th day of September, 2018.

*[signature: Dennis L. Howell]*
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA